# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sheila Finnegan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 C 5029 | **DATE** | 10/18/2012 |
| **CASE TITLE** | Salvador Vasquez vs. Professional Bureau of Collections, Inc. | | |

**DOCKET ENTRY TEXT**

Pursuant to the parties' stipulation to dismiss based on settlement, this case is dismissed without prejudice, without costs to either party, and with leave for any party to seek reinstatement on or before 12/3/2012. In the event that a motion to reinstate the case has not been filed on or before 12/3/2012, the case shall be deemed dismissed with prejudice without further order of the Court. Status hearing set for 10/29/2012 is stricken. Civil case terminated.

Mailed notice.

| | Courtroom Deputy Initials: | IS |
|---|---|---|